U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| United States v. True Temper Corporation | Civ. 58-C-1158 |
| United States v. True Temper et al | Civ. 58-C-1159 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

FILED
APR 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Rosemary S. Thompson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Rosemary S. Thompson |
| FIRM |
| Department of Justice, Antitrust Division |
| STREET ADDRESS |
| 209 S. LaSalle Street, Suite 600 |
| CITY/STATE/ZIP |
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 62044990 | 312-353-5831 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | X |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐