

**BAKER**
**DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

LINCOLN SQUARE
555 ELEVENTH STREET, N.W.
SIXTH FLOOR
WASHINGTON, D.C. 20004
PHONE: 202.508.3400
FAX: 202.508.3402

www.bakerdonelson.com

PHILLIP C. ZANE
Direct Dial: 202.508.3490
Direct Fax: 202.220.2290

April 3, 2008

**VIA FEDERAL EXPRESS**

Michael Dobbins, Esq.
Clerk
United States District Court
  for the Northern District of Illinois
Everett McKinley Dirksen
  United States Courthouse, 20th Floor
219 South Dearborn Street
Chicago, IL 60604

**FILED**
APR 0 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: *United States v. True Temper Corp.*, 58 cv 1158; and *United States v. True Temper Corp.*, et al., 58 cv 1159

Dear Mr. Dobbins:

    We represent True Temper Sports, Inc., the successor to True Temper Corp. (collectively, "True Temper"). True Temper was a defendant in two actions in the Northern District of Illinois originally filed in 1958. Consent decrees were entered in both actions, one in 1959, and one in 1961 pursuant to which True Temper (and, in the 1961 decree, four other defendants) agreed to certain restrictions on conduct in the marketplace. The Northern District maintained jurisdiction to enforce the decrees. The decrees did not include expiration dates. True Temper and the other co-defendants will be filing a motion to vacate the two decrees. The United States, the plaintiff in the actions, has tentatively consented to terminating the decrees. Because the cases are so old, they are no longer on the court's active docket.

    I spoke with members of your staff several weeks ago explaining the procedural posture of the cases and the parties' expectation that a motion to vacate the decrees will soon be filed. Your staff observed that because of the age of the cases, it might take some time before the dockets could be retrieved from storage and entered into the modern docketing system. They suggested that I write a letter requesting that the cases be entered into the docketing system and assigned to a judge, preferably, of course, the same judge.

ALABAMA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • WASHINGTON, D.C. • BEIJING, CHINA

Representative Office,
BDBC International, LLC

Michael Dobbins, Esq.
April 3, 2008
Page 2

     By this letter we respectfully request that the dockets be retrieved and entered into the docketing system, and that the cases be assigned to a judge. I am authorized to state that the United States supports this request. We expect to file a motion to consolidate the cases next week and soon thereafter a joint motion to vacate the two decrees.

     Thank you very much for your help. Please do not hesitate to contact me if you need further information.

Very truly yours,<br><br>Phillip C. Zane

PCZ

cc:    Rosemary S. Thompson, Esq.,
        Antitrust Divsion, U.S. Department of Justice