

**BAKER
DONELSON**
BEARMAN, CALDWELL
& BERKOWITZ, PC

LINCOLN SQUARE
555 ELEVENTH STREET, N.W.
SIXTH FLOOR
WASHINGTON, D.C. 20004
PHONE: 202.508.3400
FAX: 202.508.3402

www.bakerdonelson.com

PHILLIP C. ZANE
Direct Dial: 202.508.3490
Direct Fax: 202.220.2290

April 10, 2008

VIA FEDERAL EXPRESS

Michael Dobbins, Esq.
Clerk
United States District Court
  for the Northern District of Illinois
Everett McKinley Dirksen
  United States Courthouse, 20th Floor
219 South Dearborn Street
Chicago, IL 60604

F I L E D

APR 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: *United States v. True Temper Corp.*, 58 cv 1158; and *United States v. True Temper Corp., et al.*, 58 cv 1159

Dear Mr. Dobbins:

    We represent True Temper Sports, Inc., the successor to True Temper Corp. (collectively, "True Temper"). True Temper is the defendant in *United States v. True Temper Corp.*, 58 cv 1158, and one of the defendants in *United States v. True Temper Corp., et al.*, 58 cv 1159. As I explained in my letter to you of April 3, 2008, the defendants have agreed to seek to terminate the final judgments in those actions. The Plaintiff United States has tentatively consented to the termination of those final judgments. We expect to file motions to terminate the final judgments next week. To facilitate those motions we are filing today motions to consolidate the two actions. The motions to consolidate the two actions are unopposed.

    I have enclosed the following documents for filing

1. My Appearance Form in 58 cv 1158 with a certificate of service;

2. Notice of our Motion to Consolidate 58 cv 1158 with 58 cv 1159;

3. Our Motion to Consolidate 58 cv 1158 with 58 cv 1159;

ALABAMA • GEORGIA • LOUISIANA • MISSISSIPPI • TENNESSEE • WASHINGTON, D.C. • BEIJING, CHINA
Representative Office,
BDBC International, LLC

Michael Dobbins, Esq.
April 10, 2008
Page 2

    4. A Proposed Order granting our Motion to Consolidate 58 cv 1158 with 58 cv 1159;

    5. A Certificate of Service relating to items 3, 4 and 5;

    6. My Appearance Form in 58 cv 1159 with a certificate of service;

    7. Notice of our Motion to Consolidate 58 cv 1159 with 58 cv 1158;

    8. Our Motion to Consolidate 58 cv 1159 with 58 cv 1158;

    9. A Proposed Order granting our Motion to Consolidate 58 cv 1159 with 58 cv 1158;

    10. A Certificate of Service relating to items 9, 10 and 11; and

    11. A CD ROM containing electronic copies, in PDF format, of the documents listed above.

    I have enclosed three copies of each of the paper documents listed above, one original, one copy prepared for the court and complying with LR5.2(e), and one additional copy. Please file-stamp the additional copy of each document and return them to me in the enclosed, postage-paid envelope.

    Thank you very much for your assistance in this matter. Please do not hesitate to contact me if you need further information.

Very truly yours,

Phillip C. Zane

Enclosures

cc:    Frank Vondrak, Esq, and Rosemary S. Thompson, Esq.,
        Antitrust Divsion, U.S. Department of Justice
      Ray Berens, Esq. and Andre Parabue, Esq.
        Wilson Athletic Goods Mfg. Co., Inc.
      Clay Humphries, Esq.
        Russell Corp. (owner of certain marks once owned by AG Spalding Bros., Inc.)
      Michael Robbins
        MacGregor Sport Products, Inc.
      Steven H. Lyverse, Esq.
        Hillerich & Bradsby Co., Inc.