IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>True Temper Corporation; )<br>Wilson Athletic Goods Mfg. Co., Inc.; )<br>A.G. Spalding & Bros., Inc.; )<br>MacGregor Sport Products, Inc.; and )<br>Hillerich & Bradsby Co., )<br>)<br>Defendants. ) | Civ. No. 58-C-1159<br><br>F I L E D<br><br>APR 1 1 2008<br><br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that True Temper Sports, Inc. ("True Temper"), successor to the True Temper Corporation, a defendant in this action, at such time as the Court determines the matter may be heard and before a judge to be determined by the Court, shall present its Unopposed Motion to Consolidate this Action with *United States v. True Temper Corp.*, Civ. No. 58-C-1158.

Dated: April 10, 2008

Respectfully submitted,

~~Robert E. Hauberg, Jr.~~
~~John G. Calender~~
Phillip C. Zane, Illinois Bar No. 6208254
Baker Donelson, Bearman, Caldwell & Berkowitz, P.C.
555 Eleventh Street, N.W., Sixth Floor
Washington, D.C. 20004
202-508-3400

Attorneys for True Temper Sports, Inc.

1