UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

United States of America
                              Plaintiff,

v.                                                Case No.: 1:58−cv−01159
                                                                  Honorable David H. Coar

True Temper Corporation, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 25, 2008:

      MINUTE entry before Judge Honorable David H. Coar:UNOPPOSED MOTION [6] by Defendant True Temper Corporation to consolidate cases [6] is granted − the Court will enter the proposed order as amended by the Court.MOTION [8] by Defendant True Temper Corporation to vacate − the Court will enter the proposed order (as amended by the Court) with reference to the notice of publication. Parties need not appear on the noticed motion date of 4/28/2008. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.