IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>True Temper Corporation; )<br>Wilson Athletic Goods Mfg. Co., Inc.; )<br>A.G. Spalding & Bros., Inc.; )<br>MacGregor Sport Products, Inc.; and )<br>Hillerich & Bradsby Co., )<br>)<br>Defendants. ) | Civ. No. 58-C-1159 |

### ORDER OF CONSOLIDATION

Upon consideration of the motion of Defendant True Temper Sports, Inc. to consolidate this action with *United States v. True Temper Corp.*, No. 58-C-1158, and after a review of the relevant pleadings, it is hereby

ORDERED that this action be and hereby is consolidated with *United States v. True Temper Corp.*, No. 58-C-1158.

SO ORDERED.

Dated:   April 25, 2008

_____
United States District Judge